IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 1:07cr141 (JCC) |
| SANDY RAY ARTIS, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Suppress is DENIED; and

(2) the Clerk of the Court shall forward copies of this Order and Memorandum Opinion to all counsel of record.

Alexandria, Virginia
June 18, 2007

/s/
James C. Cacheris
United States District Judge